## 36989. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY v. JONES.

PER CURIAM.

After further consideration, we have concluded that the writ of certiorari in this case was improvidently granted, and it is therefore dismissed.

*Dismissed. All the Justices concur.*

DECIDED JULY 7, 1981 —
REHEARINGS DENIED JULY 23, 1981 AND JULY 31, 1981.

*Hatcher, Stubbs, Land, Hollis & Rothschild, James E. Humes II, A. J. Land, Luhr G. C. Beckman, Jr., Andrew J. Hill III,* for appellant.

*James E. Butler, Jr.,* for appellee.

*Don C. Keenan, Charles R. Ashman,* amicus curiae.